IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,**
**WELFARE AND ANNUITY FUNDS**

     **Plaintiffs,**

vs.

             No. 15-cv-673-DRH-SCW

**GREEN TRAC, LLC,**
**SONYA BROOKS,**

     **Defendants.**

## ORDER

**HERNDON, District Judge**:

  THIS CAUSE comes before the Court on plaintiffs' motion for Default Judgment against defendants, **Green Trac, LLC,** and **Sonya Brooks**, and the Court being advised in the premises, and the defendants having failed to answer the Complaint filed herein in a timely fashion, a default judgment is awarded in favor of the plaintiffs and against the defendants, **Green Trac, LLC,** and **Sonya Brooks**, as follows:

  1. That plaintiffs recover from the defendants, **Green Trac, LLC,** and **Sonya Brooks,** individually, the sum of eleven thousand fifty nine dollars and two cents ($11,059.02) for Delinquent contributions.

  2. That plaintiffs recover from the defendants, **Green Trac, LLC,** and **Sonya Brooks,** individually, the sum of one thousand three hundred fourteen dollars and sixty-nine cents ($1,314.69) as and for liquidated damages.

3.  That plaintiffs recover from the defendants, **Green Trac, LLC,** and **Sonya Brooks,** individually, the costs of these proceedings to include the sum of two thousand nine hundred eighty-five dollars and seventy-five cents ($2,985.75).

4.  Judgment is hereby entered against the defendants, **Green Trac, LLC,** and **Sonya Brooks,** individually, in the amount of fifteen thousand three hundred fifty-nine dollars and forty-six cents ($15,359.46).

5.  That plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

6.  That the Court hereby retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.

**IT IS SO ORDERED.**

Signed this 17th day of August, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.08.17
13:32:33 -05'00'

**United States District Judge**